UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

JULIUS G. ELLINGTON,

Defendant.

Crim. Action No. 01-0072

**ORDER**

This matter comes before the Court upon the receipt of a Report and Recommendation dated August 30, 2006, from Magistrate Judge Alan Kay, that recommends revoking Defendant's supervised release. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 20th day of September 2006,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; it is

**FURTHER ORDERED** that the supervised release is revoked; it is

**FURTHER ORDERED** that if counsel deem it appropriate and necessary to file memoranda in aid of Re-sentencing, they shall be due on or before October 6, 2006; and it is

**FURTHER ORDERED** that the case is scheduled for Re-sentencing on October 12, 2006 at 2:45 p.m. in Courtroom 29A before Judge Friedman.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

(for PAUL L. FRIEDMAN)